## EXHIBIT B

## STIPULATION OF DISMISSAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

TARA CURASI,

        Plaintiff,

    -against-

CONTAMINATION CONTROL ENGINEERING, INC.,

        Defendant.

-----------------------------------------------------------------x

Case No.: 23-CV-03376 (PKC)(JRC)

## STIPULATION OF DISMISSAL WITH PREJUDICE

WHEREAS no party hereto is an infant or incompetent person for whom a committee has been appointed or conservatee,

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiff TARA CURASI, and Defendant CONTAMINATION CONTROL ENGINEERING, INC., through their respective undersigned counsel, that the above-captioned action be dismissed in its entirety, with prejudice, and with no award of attorneys' fees, costs or disbursements by the Court to any party. For purposes of this Stipulation, a facsimile or scanned copy of signatures shall be effective as the original.

| | |
|---|---|
| KESSLER MATURA P.C.<br>*ATTORNEYS FOR PLAINTIFF*<br>534 Broadhollow Road, Suite 275<br>Melville, NY 11747<br>(631) 499-9100<br><br>By: _____<br>Troy L. Kessler, Esq.<br><br>Dated: Oct. 27, 2023 | JACKSON LEWIS P.C.<br>*ATTORNEYS FOR DEFENDANT*<br>58 South Service Road, Suite 250<br>Melville, New York 11747<br>(631) 247-0404<br><br>By: _____<br>Adam Guttell, Esq.<br><br>Dated: 11/13/2023 |

4857-9857-8311, v. 1

4